FILED
MISSOULA, MT

2007 JUN 12 PM 3 45

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIA JULIA VALENZUELA,

    Defendant.

CAUSE NO. CR 07-3-H-DWM

FINDINGS AND RECOMMENDATION
CONCERNING PLEA

The Defendant, by consent, has appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and has entered a plea of guilty to the charge of misuse of a social security number in violation of 42 U.S.C. § 408(A)(7)(B), as set forth in the indictment. After examining the Defendant under oath, I have made the following determinations:

    1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

    2. That the Defendant is aware of the nature of the charge against her and consequences of pleading guilty to the charge,

    3. That the Defendant fully understands her constitutional rights, and the extent to which she is waiving those rights, by

PAGE 1

pleading guilty, and,

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

Therefore, I recommend that the Defendant be adjudged guilty and that sentence be imposed.[1]

DATED this _8th_ day of June, 2007.

_Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge

---

[1] Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P. 59(b)(2).

PAGE 2