IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-03-H-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARIA JULIA VALENZUELA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered

Findings and Recommendation in this matter on June 12, 2007.

Neither party objected and therefore they are not entitled to de

novo review of the record.  28 U.S.C. § 636(b)(1); *United States*

*v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  This Court

will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d

1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is

left with a "definite and firm conviction that a mistake has been

committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir.

2000).

Judge Lynch recommended this Court accept Valenzuela's

-1-

guilty plea after Valenzuela appeared before him pursuant to Rule 11, Federal Rules of Criminal Procedure, and entered her plea of guilty to the charge of misuse of a social security number in violation of 42 U.S.C. § 408(A)(7)(B).

I find no clear error in Judge Lynch's Findings and Recommendation (dkt #13) and I adopt them in full.

IT IS SO ORDERED.

Dated this 2nd day of July, 2007.

_____
DONALD W. MOLLOY, Chief Judge
United States District Court